UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cr-97-SEB-DML |
| ) | |
| CHRISTOPHER REYNOLDS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**VERDICT**

I. **Count One—Possession with Intent to Distribute Controlled Substances**

**Question 1:**

Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt each of the elements of the offense of possession with the intent to distribute methamphetamine, in violation of Title 18, United States Code, Section 841(a)(1), as described in Count One of the Indictment?

Yes  ✓

No  _____

*IF YOU HAVE ANSWERED "YES" TO QUESTION 1, proceed to answer Questions 2 and 3.*

*IF YOU HAVE ANSWERED "NO" TO QUESTION 1, skip Questions 2 and 3 and proceed to the "Instructions for Your Verdict as to Count One."*

1

**Question 2:**

Do you, the jury, unanimously find that the defendant, Christopher Reynolds, has proved as more likely true than not true each of the elements of his defense that he acted in reliance on public authority with respect to the charge of possession with the intent to distribute methamphetamine, in violation of Title 18, United States Code, Section 841(a)(1), as described in Count One of the Indictment?

Yes _____

No \_\_\_✓_____

*No matter your answer, proceed to Question 3.*

**Question 3:**

Do you, the jury, unanimously find that the defendant, Christopher Reynolds, has proved as more likely true than not true each of the elements of his defense that he acted in reasonable reliance on the assurance of law enforcement that his conduct was lawful with respect to the charge of possession with the intent to distribute methamphetamine, in violation of Title 18, United States Code, Section 841(a)(1), as described in Count One of the Indictment?

Yes _____

No \_\_\_✓_____

*No matter your answer, proceed to the "Instructions for Your Verdict as to Count One."*

### Instructions for Your Verdict as to Count One:

*IF YOU HAVE ANSWERED "NO" TO QUESTION 1 OR "YES" TO EITHER QUESTION 2 OR QUESTION 3, then you must find the Defendant not guilty of Count One.*

*You may find the Defendant guilty of Count One ONLY IF YOU HAVE ANSWERED "YES" TO QUESTION 1 AND "NO" TO BOTH QUESTIONS 2 AND 3.*

### VERDICT AS TO COUNT ONE:

With respect to the charge of possession with the intent to distribute methamphetamine, in violation of Title 18, United States Code, Section 841(a)(1), as described in Count One of the Indictment, we, the jury, unanimously find the defendant, Christopher Reynolds:

GUILTY ___√___                              NOT GUILTY _____

*IF YOU HAVE FOUND THE DEFENDANT GUILTY OF COUNT ONE, above, answer the following additional question regarding Count One and then proceed to Count Two.*

*IF YOU HAVE FOUND THE DEFENDANT NOT GUILTY OF COUNT ONE, skip the following additional question and proceed to "Verdict as to Count Two." You must find the Defendant not guilty of Count Two and then proceed to Count Three.*

3

**Additional Question 1 (regarding the amount of methamphetamine involved in Count One):**

We, the jury, unanimously find that the government has proven beyond a reasonable doubt that the amount of methamphetamine involved in the offense described in Count One of the Indictment was 50 grams or more of methamphetamine [*check only one* line]:

Yes  ✓ _____

No  _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1, proceed to Count Two.*

*IF YOU HAVE ANSWERED "NO" TO ADDITIONAL QUESTION 1, proceed to address Additional Question 2.*

**Additional Question 2 (regarding the amount of methamphetamine involved in Count One):**

We, the jury, unanimously find that the government has proven beyond a reasonable doubt that the amount of methamphetamine involved in the offense described in Count One of the Indictment was 5 grams or more of methamphetamine [*check only one* line]:

Yes  _____

No  _____

*No matter your answer, proceed to Count Two.*

4

## II. Count Two—Possession of a Firearm in Furtherance of Drug Trafficking Activity

*IF YOU HAVE FOUND THE DEFENDANT NOT GUILTY OF COUNT ONE, skip Questions 1, 2, and 3 and proceed to "Instructions for Your Verdict as to Count Two." You must find the Defendant not guilty of Count Two and then proceed to Count Three.*

*IF YOU HAVE FOUND THE DEFENDANT GUILTY OF COUNT ONE, proceed to answer Question 1 below.*

### Question 1:

Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt each of the elements of the offense of possession of a firearm in furtherance of drug trafficking activity, in violation of Title 18, United States Code, Section 924(c)(1)(A), as described in Count Two of the Indictment?

Yes  ✓

No  _____

*IF YOU HAVE ANSWERED "YES" TO QUESTION 1, proceed to answer Questions 2 and 3.*

*IF YOU HAVE ANSWERED "NO" TO QUESTION 1, skip Questions 2 and 3, and proceed to the "Instructions for Your Verdict as to Count Two."*

**Question 2:**

    Do you, the jury, unanimously find that the defendant, Christopher Reynolds, has proved as more likely true than not true each of the elements of his defense that he acted in reliance on public authority with respect to the charge of possession of a firearm in furtherance of drug trafficking activity, in violation of Title 18, United States Code, Section 924(c)(1)(A), as described in Count Two of the Indictment?

    Yes    _____

    No    __✓_____

*No matter your answer, proceed to Question 3.*

**Question 3:**

    Do you, the jury, unanimously find that the defendant, Christopher Reynolds, has proved as more likely true than not true each of the elements of his defense that he acted in reasonable reliance on the assurance of law enforcement that his conduct was lawful with respect to the charge of possession of a firearm in furtherance of drug trafficking activity, in violation of Title 18, United States Code, Section 924(c)(1)(A), as described in Count Two of the Indictment?

    Yes    _____

    No    __✓_____

*No matter your answer, proceed to the "Instructions for Your Verdict as to Count Two."*

6

**Instructions for Your Verdict as to Count Two:**

*IF YOU HAVE FOUND THE DEFENDANT <u>NOT GUILTY</u> AS TO COUNT ONE, then you must find the Defendant <u>not guilty</u> of Count Two.*

*IF YOU HAVE FOUND THE DEFENDANT <u>GUILTY</u> OF COUNT ONE, enter your verdict as to Count Two as follows:*

*IF YOU HAVE ANSWERED "NO" TO QUESTION 1 <u>OR</u> "YES" TO <u>EITHER</u> QUESTION 2 <u>OR</u> QUESTION 3, then you must find the Defendant <u>not guilty</u> of Count Two.*

*You may find the Defendant <u>guilty</u> of Count Two ONLY IF YOU HAVE ANSWERED "YES" TO QUESTION 1 <u>AND</u> "NO" TO <u>BOTH</u> QUESTIONS 2 <u>AND</u> 3.*

**VERDICT AS TO COUNT TWO:**

With respect to the charge of possession of a firearm in furtherance of drug trafficking activity, in violation of Title 18, United States Code, Section 924(c)(1)(A), as described in Count Two of the Indictment, we, the jury, unanimously find the defendant Christopher Reynolds:

GUILTY __✓__          NOT GUILTY _____

*No matter your answer, proceed to Count Three.*

7

### III.     Count Three—Possession of a Firearm as a Previously Convicted Felon

**Question 1:**

Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt each of the elements of the offense of possession of a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), as described in Count Three of the Indictment?

Yes   ___✓___

No    _____

*IF YOU HAVE ANSWERED "YES" TO QUESTION 1, proceed to answer Questions 2 and 3.*

*IF YOU HAVE ANSWERED "NO" TO QUESTION 1, skip Questions 2 and 3, and proceed to the "Instructions for Your Verdict as to Count Three."*

**Question 2:**

Do you, the jury, unanimously find that the defendant, Christopher Reynolds, has proved as more likely true than not true each of the elements of his defense that he acted in reliance on public authority with respect to the charge of possession of a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), as described in Count Three of the Indictment?

Yes   _____

No    ___✓___

*No matter your answer, proceed to Question 3.*

8

**Question 3:**

Do you, the jury, unanimously find that the defendant, Christopher Reynolds, has proved as more likely true than not true each of the elements of his defense that he acted in reasonable reliance on the assurance of law enforcement that his conduct was lawful with respect to the charge of possession of a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), as described in Count Three of the Indictment?

Yes  _____

No   \_\_\_\_✓_____

*No matter your answer, proceed to "Instructions for Your Verdict as to Count Three."*

**Instructions for Your Verdict as to Count Three:**

*IF YOU HAVE ANSWERED "NO" TO QUESTION 1 OR "YES" TO EITHER QUESTION 2 OR QUESTION 3, then you must find the Defendant not guilty of Count Three.*

*You may find the Defendant guilty of Count Three ONLY IF YOU HAVE ANSWERED "YES" TO QUESTION 1 AND "NO" TO BOTH QUESTIONS 2 AND 3.*

9

## VERDICT AS TO COUNT THREE:

With respect to the charge of possession of a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), as described in Count Three of the Indictment, we, the jury, unanimously find the defendant, Christopher Reynolds:

GUILTY __✓__          NOT GUILTY _____

*When you have reached a verdict as to all counts of the Indictment, the Presiding Juror should sign and date in the lines below and contact the bailiff.*

06/14/2019
Date

███████████████
Presiding Juror